UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: KELLOGG, JOESPH § Case No. 10-13285-GB | |
| KELLOGG, KRYSTAL § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/23/2011 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/19/2011            By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KELLOGG, JOESPH<br>KELLOGG, KRYSTAL<br><br>Debtor(s) | § Case No. 10-13285-GB<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,001.56 |
| *and approved disbursements of* | $ 36.06 |
| *leaving a balance on hand of* [1] | $ 13,965.50 |
| **Balance on hand:** | $ 13,965.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,965.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 2,150.16 | 0.00 | 2,150.16 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 2,421.25 | 0.00 | 2,421.25 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 135.06 | 0.00 | 135.06 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,435.00 | 0.00 | 1,435.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,141.47 |
| Remaining balance: | $ 7,824.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,824.03 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,824.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,880.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Von Maur Inc | 116.79 | 0.00 | 24.12 |
| 2 | Chase Bank USA, N.A. | 6,340.20 | 0.00 | 1,309.53 |
| 3 | Chase Bank USA, N.A. | 1,361.65 | 0.00 | 281.24 |
| 4 | Nordstrom fsb | 53.52 | 0.00 | 11.05 |
| 5 | US Bank N.A. | 8,968.86 | 0.00 | 1,852.46 |
| 6 | Citibank, N.A. | 16,111.48 | 0.00 | 3,327.72 |
| 7 | Fia Card Services, NA/Bank of America | 4,928.32 | 0.00 | 1,017.91 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,824.03 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-13285-JHS
Joseph M Kellogg
Krystal Kellogg Chapter 7
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: lhuley      Page 1 of 2      Date Rcvd: Aug 22, 2011
    Form ID: pdf006      Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2011.
```
db/jdb     +Joseph M Kellogg,   Krystal Kellogg,   915 S. Norbury Avenue,   Lombard, IL 60148-3431
aty        +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Justin J Guler,   Law Office of Justin J. Guler,   7501 Lemont Road,   Suite 22A,
             Woodridge, IL 60517-2609
tr         +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
15322119   +5/3 Bank Cc,   38 Fountain Square,   Cincinnati, OH 45263-0001
15322120   +Aurora Loan Services,   Attn: Bankruptcy Dept.,   Po Box 1706,   Scottsbluff, NE 69363-1706
15322121    Bank Of America,   4060 Ogletown/Stan,   Newark, DE 19713
15322123   +Bb&b/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
15322124  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
15322129  ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Credit,   Po Box 8065,   Royal Oak, MI 48068)
15322130  ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   999 Oakmont Plaza Dr,   Westmont, IL 60559)
15322125   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15322126   +Chase,   9601 Mcallister Freeway,   San Antonio, TX 78216-4681
15808792    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15322127    Chase Bank Usa, Na,   Po Box 9007,   Pleasanton, CA 94566
15322128   +Chase-pier1,   Attn: Recovery,   Po Box 100018,   Kennesaw, GA 30156-9204
15322131   +Citi Business Cards,   PO Box 688901,   Des Moines, IA 50368-8901
16045013   +Citibank South Dakota NA,   Payment Center,   4740 121st St,   Urbandale, IA 50323-2402
17620576   +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
15322132   +Citibankna,   Po Box 769006,   San Antonio, TX 78245-9006
15322134   +Crown Mortgage Corp,   6131 W 95th St,   Oak Lawn, IL 60453-2781
15322138   +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
             Grand Rapids, MI 49546-6210
15322139   +First Equity Card Corporation,   PO Box 23029,   Columbus, GA 31902-3029
15322140   +G M A C,   2740 Arthur St,   Roseville, MN 55113-1303
15322145   +GMAC,   PO Box 380901,   Minneapolis, MN 55438-0901
15322146  ++GUARANTY BANK,   4000 W BROWN DEER ROAD,   LOAN ADMINISTRATION,   BROWN DEER WI 53209-1221
             (address filed with court: Guaranty Bank,   4000 West Brown Deer Rd,   Brown Deer, WI 53209)
15322141   +Gecfi/suzuki Midwest,   Po Box 981439,   El Paso, TX 79998-1439
15322143   +Gemb Lending Inc,   3355 Michelson Dr.,   Irvine, CA 92612-7650
15322148   +Harris N.a.,   Po Box 94034,   Palatine, IL 60094-4034
15322149   +Harris N.a.,   201 S Grove Av,   Barrington, IL 60010-4493
15322150   +Hlzg/cbusa,   Pob 5002,   Sioux Falls, SD 57117-5002
15322151   +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
15322152   +Hsbc/polars,   Pob 15521,   Wilmington, DE 19850-5521
15322153   +Hsbc/rs,   Pob 15521,   Wilmington, DE 19850-5521
15322154   +Hsbc/suzki,   Pob 15521,   Wilmington, DE 19850-5521
15322156   +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
15322158   +Mortgage Service Cente,   Sbrp - 4001 Leadenhall Rd,   Mt Laurel, NJ 08054-4611
15322159   +National City Card Ser,   1 National City Pkwy,   Kalamazoo, MI 49009-8003
15322160   +Ncb/cols,   Attn: Bankruptcy,   6750 Miller Rd,   Brecksville, OH 44141-3262
15322163   +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
15322164   +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
15839744  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
             Cincinnati, OH 45201-5229)
15322165  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
15322168  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125)
15322166   +Us Bank,   Pob 5952,   Denver, CO 80217-5952
15322167   +Us Bank Home Mortgage,   Attn: Bankruptcy Dept,   Po Box 5229,   Cincinnati, OH 45201-5229
15322169  ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
             (address filed with court: Von Maur Inc,   Attn: Credit Dept,   6565 Brady,
             Davenport, IA 52806)
15322170  ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
             MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
15322171   +West Suburban Bank,   701-711 S Westmore Ave,   Lombard, IL 60148-3712
15322172   +Wfnnb/express,   Po Box 182273,   Columbus, OH 43218-2273
15322173   +Wfnnb/new York & Compa,   220 W Schrock Rd,   Westerville, OH 43081-2873
15322174   +Wfnnb/valucityroomstod,   Po Box 182273 - Wf,   Columbus, OH 43218-2273
```

```
District/off: 0752-1           User: lhuley                Page 2 of 2                  Date Rcvd: Aug 22, 2011
                               Form ID: pdf006             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15322136        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2011 01:59:48      Discover Fin,   Po Box15316,
                 Wilmington, DE 19850
15322137       +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2011 01:59:48      Discover Fin Svcs Llc,
                 Po Box15316,    Wilmington, DE 19850-5316
16132902        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2011 01:59:10
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
                 Oklahoma City, OK  73124-8809
15322142       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2011 01:59:56      GEMB / Old Navy,
                 Attention: Bankruptcy,    Po Box 103106,   Roswell, GA 30076-9106
15322144       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2011 01:59:56      Gemb/cost Plus World M,
                 Po Box 981439,    El Paso, TX 79998-1439
15322147       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 23 2011 01:45:55      Harley Davidson Financial,
                 222 West Adams,    Suite 200,   Chicago, IL 60606-5307
15322155       +E-mail/Text: ebnsterling@weltman.com Aug 23 2011 01:46:27      Jareds Jewelers,   375 Ghent Rd,
                 Akron, OH 44333-4601
15322157       +E-mail/Text: pthon@mchenrysavings.com Aug 23 2011 01:47:44      Mchenry Savings Bank,
                 353 Bank Drive,    Mc Henry, IL 60050-0506
15322161       +E-mail/Text: bankrup@nicor.com Aug 23 2011 01:46:21      Nicor Gas,
                 Attention: Bankruptcy Department,    1844 Ferry Road,   Naperville, IL 60563-9662
15322162       +E-mail/Text: bnc@nordstrom.com Aug 23 2011 01:46:24      Nordstrom FSB,
                 Attention: Bankruptcy Department,    Po Box 6566,   Englewood, CO 80155-6566
15829241       +E-mail/Text: bnc@nordstrom.com Aug 23 2011 01:46:24      Nordstrom fsb,    PO Box 6566,
                 Centennial, CO 80155-6566
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15322122      ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
15322133      ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
15322135      ##+Deutsche Financial,   3355 Michelson Dri,   Irvine, CA 92612-7650
                                                                                              TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2011**                **Signature:**   *Joseph Speetjens*